# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESUS O. TIRADO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 19-0122 |
| | : | |
| ANDREW M. SAUL,[1] COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 30th day of March, 2020, upon review of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 24) and Defendant's Response to Plaintiff's Request for Review (ECF No. 25), and in accordance with the Memorandum Opinion filed this date,

**IT IS ORDERED** that Judgment is entered in favor of the Defendant and against the Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

__/s/ Henry S. Perkin_____
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE

---

[1] On June 4, 2019, Andrew M. Saul became the Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is substituted as the Defendant in this action. *See* Fed. R. Civ. P. 25(d).